UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD LEE NEWTON,<br><br>   Petitioner,<br><br>   v.<br><br>WARDEN LYNCH,<br><br>   Respondent. | Case No. 2:23-cv-08715-DOC-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody filed in this action pursuant to 28 U.S.C. § 2254 and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: October 27, 2023

*/s/ David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE